AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VLADIMIR PADRINO LOPEZ  
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.  
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025

Angela E. Noble  
Clerk of Court

**SUMMONS**



*s/ Patricia Curtis*  
Deputy Clerk  
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.   Civil Action No. 25-CV-20040 BECERRA

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TAREK WILLIAM SAAB HALABI
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jan 6, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

Civil Action No.  25-CV-20040 BECERRA

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SEGUNDA MARQUETALIA
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jan 6, 2025

Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   REYNALDO HERNANDEZ
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600
Michael Pendell, Motley Rice LLC, One Corporate Center, 20 Church St, 17th Floor, Hartford, CT 06103, (860) 882-1681
John Eubanks, Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464, (843) 216-9000
Annie E. Kouba, Motley Rice LLC, 28 Bridgeside Blvd., Mount Pleasant, SC 29464, (843) 216-9000
Patrick Barrett, Provost Umphrey Law Firm, LLP, Hobbs Building, Suite 303, 4205 Hillsboro Pike, Nashville, TN 37215, (615) 297-1932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PETROLEOS DE VENEZUELA, S.A.
Avenida. Libertador con calle El Empalme
Complejo MinHidrocarburos - PDVSA, La Campiña,
Caracas, Venezuela 1050, VE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NICOLAS MADURO MOROS
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NESTOR LUIS REVEROL TORRES
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN
Via principal Carapal
El Callao, Bolivar Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jan 6, 2025

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 24-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARLON SALAS RIVAS
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 24-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSE MIGUEL DOMINGUEZ RAMIREZ
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jan 6, 2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 24-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   IVAN RAFAEL HERNANDEZ DALA
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital, Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No.   24-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIOSDADO CABELLO RONDON
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jan 6, 2025

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 24-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CILIA ADELA FLORES DE MADURO
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.   Civil Action No. 24-CV-20040 BECERRA

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALEXANDER ENRIQUE GRANKO ARTEAGA
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Jan 6, 2025

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MATTHEW JOHN HEATH; MATTHEW JOHN HEATH, as the guardian of I.M.H., a minor; ROBERT JOHN HEATH; CONNIE DEMETA HAYNES; DEVIN EDWARD WALLER; MCKENZIE CONNEAL DANIELS; OSMAN IMRAN KHAN; TANIA YUDITH VALDES; JASMIN YUDITH KHAN; TANIA YUDITH VALDES as the guardian of A.I.K., a minor

*Plaintiff(s)*

v.

NICOLAS MADURO MOROS; FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA-EJERCITO DEL PUEBLO aka FARC-EP; CARTEL DE LOS SOLES aka CARTEL OF THE SUNS; SEGUNDA MARQUETALIA; VLADIMIR PADRINO LOPEZ; NESTOR LUIS REVEROL TORRES; TAREK WILLIAM SAAB HALABI; IVAN RAFAEL HERNANDEZ DALA; DIOSDADO CABELLO RONDON; ALEX NAIN SAAB MORAN; JOSE MIGUEL DOMINGUEZ RAMIREZ; CILIA ADELA FLORES DE MADURO; REYNALDO HERNANDEZ; MARLON SALAS RIVAS; ALEXANDER ENRIQUE GRANKO ARTEAGA; PETROLEOS DE VENEZUELA, S.A.; COMPANIA GENERAL DE MINERÍA DE VENEZUELA, aka CVG COMPANIA GENERAL DE MINERIA DE VENEZUELA CA aka CORPORACION VENEZOLANA DE GUAYANA MINERVEN C.A. aka CVG MINERVEN aka MINERVEN

*Defendant(s)*

Civil Action No. 25-CV-20040 BECERRA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALEX NAIN SAAB MORAN
Ministerio del Poder Popular del Despacho de la Presidencia, Palacio de Miraflores.
Final Avenida Urdaneta, Esquina de Bolero, Codigo Postal 1010, Distrito Capital,
Caracas, Venezuela

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Thornton, do Campo & Thornton, P.A., 150 S.E. 2nd Avenue, Suite 602, Miami, FL 33131, (305) 358-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jan 6, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts