UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MATTHEW JOHN HEATH, et al.

    PLAINTIFF(S)

CASE NUMBER
1:25–cv–20040–JB

v.

NICOLAS MADURO MOROS, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

    DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Nicolas Maduro**
**Vladimier Padrino Lopez**
**Nestor Luis Reverol Torres**
**Tarek William Saab Halabi**
**Ivan Hernandez Dala**
**Diosdado Cabello Rondon**
**Alex Nain Saab Moran**
**Jose Miguel Dominguez Ramirez**
**Cilia Adela Flores De Maduro**
**Reynaldo Hernandez**
**Marlon Salas Rivas**
**Alexander Enrique Granko Arteaga**

as of course, on the date September 10, 2025.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Patricia Curtis*
Deputy Clerk

cc: Judge Jacqueline Becerra
    Matthew John Heath
    150 S.E. Second Ave.
Ste. 602

    Miami, FL
33131

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)