UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:25-cv-20040-BECERRA

MATTHEW JOHN HEATH *et al*,

    Plaintiffs,

vs.

NICOLÁS MADURO MOROS *et al*,

    Defendants.

                                                           /

## NOTICE OF NINETY DAYS EXPIRING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

    Pursuant to Local Rule 7.1(b)(4), Plaintiffs hereby file this Notice to advise the Court that ninety (90) days have elapsed since the filing of Plaintiffs' Motion for Default Judgment, ECF No. 61, which was filed and served on September 15, 2025, and remains pending before the Court.

    Responses to the Motion for Default Judgment were due September 29, 2025. No response or opposition has been filed. Pursuant to Local Rule 7.1(c)(1), Defendants' failure to timely file and serve a response in opposition may be deemed sufficient cause for granting the motion by default. No hearings have been set or held on the motion.

    Plaintiffs respectfully submit this Notice for the Court's consideration.

Dated: January 6, 2026                  Respectfully submitted,

                                               */s/ John Thornton*
                                               John Thornton
                                               **do Campo & Thornton, P.A.**
                                               150 S.E. 2nd Avenue, Suite 602
                                               Miami, FL 33131
                                               (305) 358-6600
                                               jt@dandtlaw.com

                                               Michael Pendell (*pro hac vice*)
                                               **MOTLEY RICE LLC**
                                               One Corporate Center

20 Church Street, 17th Floor
Hartford, CT 06103
(860) 882-1681
mpendell@motleyrice.com

John Eubanks (*pro hac vice*)
jeubanks@motleyrice.com
Annie E. Kouba (*pro hac vice*)
akouba@motleyrice.com
Ebony Bobbitt (*pro hac vice*)
ebobbitt@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000

Patrick Barrett (*pro hac vice*)
**PROVOST UMPHREY LAW FIRM, LLP**
Hobbs Building, Suite 303
4205 Hillsboro Pike
Nashville, TN 37215
(615) 297-1932
pbarrett@pulf.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and sent the foregoing by U.S. Mail to:

Nicolás Maduro Moros
MDC Brooklyn
Metropolitan Detention Center
P.O. BOX 329002
Brooklyn, NY 11232

and

Cilia Adela Flores de Maduro
MDC Brooklyn
Metropolitan Detention Center
P.O. BOX 329002
Brooklyn, NY 11232

*s/ John Thornton*
John Thornton
