## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:25-cv-20040-JB

MATTHEW JOHN HEATH *et al*,

      Plaintiffs,

vs.

NICOLÁS MADURO MOROS *et al.*,

      Defendants.

_____/

## ORDER OF FINAL DEFAULT JUDGMENT

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Entry of Default Final Judgment as to Defendants Nicolás Maduro Moros ("Nicolás Maduro" or "Maduro"), Vladimir Padrino López ("Padrino López), Néstor Luis Reverol Torres ("Reverol Torres"), Tarek William Saab Halabi ("Tarek Saab"), Iván Rafael Hernández Dala ("Iván Hernández"), Diosdado Cabello Rondón ("Diosdado Cabello"), Alex Nain Saab Morán ("Alex Saab"), José Miguel Domínguez Ramírez ("Domínguez Ramírez"), Cilia Adela Flores de Maduro ("Cilia Flores"), Reynaldo Hernández, Marlon Salas Rivas ("Salas Rivas"), Alexander Enrique Granko Arteaga ("Granko Arteaga") (collectively, "Individual Defendants"), Compañía General de Minería de Venezuela, (a.k.a. CVG Compañía General de Minería de Venezuela CA, a.k.a. Corporación Venezolana de Guyana Minerven C.A., a.k.a. CVG Minerven, a.k.a. and hereinafter "Minerven"), Segunda Marquetalia, Fuerzas Armada Revolucionarias de Colombia - Ejército del Pueblo ("FARC-EP") and Cártel de Los Soles ("Cartel of the

Suns"). ECF No. [66].  For the reasons set forth in the Order granting Plaintiffs' Motion for Default Judgment, ECF No. [65], the Court now enters this separate final judgment pursuant to Federal Rule of Civil Procedure 58(a).

Accordingly, it is **ORDERED** and **ADJUDGED** that Plaintiffs' Motion, ECF No. [66], is **GRANTED**. Final Judgment is hereby entered in favor of Plaintiffs Matthew John Heath, I.M.H., Robert John Heath, Connie Demeta Haynes, McKenzie Conneal Daniels, Devin Waller, Osman Imran Khan, Tania Yudith Valdes, Jasmin Yudith Khan, and A.I.K. for compensatory damages pursuant to the ATA and punitive damages against all Defendants, jointly and severally, in the following amount, for which sums let execution issue forthwith:

| DAMAGES AWARDED | | | | | |
|---|---|---|---|---|---|
| Plaintiff | Claims | Compensatory Damages (Actual) Amount Before Trebling | Total Compensatory Damages (Trebled for ATA claims only) | Punitive Damages[1] | Total |
| Matthew John Heath | ATA | $24,862,528 | $74,587,584 | $24,862,528 | $99,450,112.00 |
| Matthew John Heath | Defamation | $1,000,000 | $1,000,000 (no trebling) | $3,000,000 | $4,000,000.00 |
| Osman Imran Khan | ATA | $ 15,118,876 | $45,356,628 | $ 15,118,876 | $60,475,504.00 |
| Osman Imran Khan | Defamation | $1,000,000 | $1,000,000 (no trebling) | $3,000,000 | $4,000,000.00 |
| I.M.H. | ATA | $5,000,000 | $15,000,000 | $5,000,000 | $20,000,000.00 |
| Robert John Heath | ATA | $5,000,000 | $15,000,000 | $5,000,000 | $20,000,000.00 |
| Connie Demeta | ATA | $6,250,000 | $18,750,000 | $6,250,000 | $25,000,000.00 |

---

[1] Awarded for kidnapping and torture under the TVPA to the extent that they do not overlap with ATA treble damages.

1

| | | | | | |
|---|---|---|---|---|---|
| Haynes | | | | | |
| Devin Edward Waller | ATA | $2,500,000 | $7,500,000 | $2,500,000 | $10,000,000.00 |
| McKenzie Conneal Daniels | ATA | $2,500,000 | $7,500,000 | $2,500,000 | $10,000,000.00 |
| Tania Yudith Valdes | ATA | $6,250,000 | $18,750,000 | $6,250,000 | $25,000,000.00 |
| Jasmin Yudith Khan | ATA | $3,125,000 | $9,375,000 | $3,125,000 | $12,500,000.00 |
| A.I.K. | ATA | $2,500,000 | $7,500,000 | $2,500,000 | $10,000,000.00 |
| **Total:** | | $75,106,404 | $221,319,212 | $79,106,404 | $300,425,616.00 |

This final judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from the date this Order is entered until the date the judgment is satisfied. Further, the Court shall assess the amount of attorney's fees at the conclusion of the Plaintiffs recovery of the damages set forth above. The Court shall retain jurisdiction of this matter for the purpose of enforcing this Judgment.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgement pursuant to Rule 58.

**DONE AND ORDERED** in Miami, Florida this 12th day of May, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2